# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 319 EAL 2022

           Respondent             :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

              v.                   :

WALLACE JONES,             :

            Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.